## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 24, 2014

William E. Tanner
U.S. District Court
475 MULBERRY ST
MACON, GA 31201

Appeal Number: 14-10689-A
Case Style: Matthew Vosburgh v. Warden, et al
District Court Docket No: 5:12-cv-00299-MTT

The enclosed copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Denise E. O'Guin, A
Phone #: (404) 335-6188

Enclosure(s)

PLRADSM Clerks entry dismissal PLRA

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 14-10689-A
_____

MATTHEW BRYAN VOSBURGH,

                            Plaintiff - Appellant,

versus

WARDEN,
DEPUTY WARDEN JOHN HARPER,
DEPUTY WARDEN VICTORIA MALONE,
HEALTH SVC ADMIN DAWN SMITH,
DR. JOSEPH FOWLKES, et al.,

                            Defendants - Appellees.

_____

Appeal from the United States District Court
for the Middle District of Georgia
_____

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby DISMISSED for want of prosecution because the Appellant Matthew Bryan Vosburgh failed to file a motion for leave to proceed on appeal within the time fixed by the rules, effective July 24, 2014.

JOHN LEY
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Denise E. O'Guin, A, Deputy Clerk

                            FOR THE COURT - BY DIRECTION